

# THE THIRTEENTH COURT OF APPEALS

---

13-19-00036-CV

---

Devon Energy Production Company, L.P., f/k/a GeoSouthern DeWitt Properties, LLC,
BPX Properties (NA) LP, GeoSouthern Energy Corporation,
and BPX Production Company
v.
Michael A. Sheppard, et al.

---

On Appeal from the
24th District Court of DeWitt County, Texas
Trial Court Cause No. 12-12-22,501

---

## JUDGMENT

This Court's judgment issued on June 25, 2020, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART AND REVERSED AND RENDERED IN PART. Costs of the appeal are adjudged against appellants**.**

We further order this decision certified below for observance.

October 22, 2020